WALPOLE and Another *v.* WEST's Adm'r.

Where a judgment is taken by default, a motion to set aside the de-fault must precede an appeal to this Court.

APPEAL from the *Hancock* Circuit Court.

*Per Curiam.*—The appellee, who was the plaintiff, sued *Walpole* and *Stutesman* upon a note for the payment of 427 dollars. At an adjourned term of said court held on the 19th of December, 1860, the defendants were duly called and de-faulted, and judgment by default regularly entered against them. As no motion was made to set aside the default, this

appeal is not properly before us.    9 Ind. 236; *Harlan* v. *Edwards*, 13 Ind. 430, 453;—"where a judgment is taken by de-·fault, a motion to set aside the default must precede an appeal to this Court."

But it is insisted that the *Hancock* Circuit Court had no right to hold the adjourned term, and that the proceedings are therefore void.   This is a mistake.   We have a statute expressly authorizing the holding of such terms.   Acts 1855, p. 70.

The judgment is affirmed, with five per cent. damages and costs.

*T. D.* and *R. L. Walpole*, for the appellants.
*William R. West* and *Henry Craven*, for the appellee.